UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HENRY GUYTON,

          Plaintiff,

vs.

CASTELL, et al.,

          Defendants.

No. C 07-3574 PJH (PR)

**ORDER OF DISMISSAL**

This pro se civil rights action was transferred here from the eastern district. On July 11, 2007, when the case was received here, the clerk sent plaintiff a notice that he had neither paid the $350 filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Plaintiff was informed that if he did not either pay the fee or complete the application within thirty days the case would be dismissed.

Plaintiff has filed an in forma pauperis application, but it is not complete. Despite the fact that the application which was sent to him contained a page five document headed "Certificate of Funds in Inmate Account," intended to be completed by an official of the prison, he has omitted that page from his application. He also has not supplied a printout of transactions in the his inmate account, despite clear instructions to do so. The printout is required by statute. *See* 28 U.S.C. § 1915(A)(2).

Plaintiff has failed to either pay the filing fee or supply a complete in forma pauperis application, despite being given every assistance to do so. Additionally, the complaint is almost entirely illegible, making the court's review impossible. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file. No fee is due.

**IT IS SO ORDERED.**

Dated: August 9, 2007.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.07\GUYTON574.dsifp.wpd