UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN HENRY GUYTON,

        Plaintiff,                        No. C 07-3574 PJH (PR)

  vs.                                        **JUDGMENT**

CASTELL, et al.,

        Defendants.

     A judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED.**

Dated: August 9, 2007.

                                      PHYLLIS J. HAMILTON
                                      United States District Judge

G:\PRO-SE\PJH\CR.07\GUYTON574.JUD.wpd